```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

v.                    CASE NO. 10-20038-001

KENNETH BURNETT                                       DEFENDANT

## ORDER

Currently before the Court is Defendant's Motion for Modification of Release Under Conditions (Doc. 16).  One of the conditions of Defendant's release is that he have no contact with any minor.  Defendant requests the Court to modify this condition to permit him to have adult-supervised visitation with family members under the age of eighteen (18) in his sister's home during the holidays.

The United States Probation Office advised that Defendant has been fully compliant with his pretrial release conditions, and the Government advised the Court it has no objection to Defendant's motion.  The Court, being well and sufficiently advised, finds the motion should be GRANTED.

Accordingly, Defendant is permitted to have adult-supervised visitation with minor family members at his sister's home during the following specific and limited periods of time: (1) for Thanksgiving, beginning from approximately 8:00 a.m. on Wednesday, November 24, 2010, through and concluding at 8:00 p.m. Sunday, November 28, 2010; and (2) for Christmas, beginning from approximately 8:00 a.m. on Thursday, December 23, 2010,

through and concluding at 8:00 p.m. on Sunday, December 26, 2010.

    IT IS SO ORDERED this 16th day of November 2010.

                                        /s/ Robert T. Dawson
                                        HONORABLE ROBERT T. DAWSON
                                        UNITED STATES DISTRICT JUDGE